**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 10-1582**

In Re:  DARRELL LAW, a/k/a B,

               Petitioner.

On Petition for Writ of Mandamus. (1:08-cv-00171-IMK-DJJ-9)

Submitted:  August 26, 2010         Decided:  August 31, 2010

Before KING and DUNCAN, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Petition denied by unpublished per curiam opinion.

Darrell Law, Petitioner Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Darrell Law petitions for a writ of mandamus, alleging the district court has unduly delayed acting on his motion to vacate, set aside, or correct his sentence, filed pursuant to 28 U.S.C.A. § 2255 (West Supp. 2010). He seeks an order from this court directing the district court to act. Our review of the district court's docket reveals that the district court denied Law's § 2255 motion on July 2, 2010. Accordingly, because the district court has recently decided Law's case, we deny the mandamus petition as moot. Further, we dismiss as moot Law's motion for a certificate of appealability to appeal the district court's order, because that order is not presently before this court.[*] We grant leave to proceed in forma pauperis. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

PETITION DENIED

---

[*] We note that Law filed a notice of appeal from the district court's order denying § 2255 relief.